# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff/Respondent, | § § | |
| vs. | § | CRIM. NO. H-06-89-05 |
| | § § § | |
| ERIC VASQUEZ, | § § | |
| Defendant/Petitioner. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States gives notice to the Court and opposing counsel that additional government counsel has been assigned to this case for the purpose of responding to the defendant, Eric Vasquez's Motion for New Trial pursuant to Rule 33, Fed. R. Crim. Procedure . Other attorneys of record in this case remain the same.

The Assistant United States Attorney, assigned as additional government counsel in this case is **Joe Mirsky**, whose mailing address is: P. O. Box 61129, Houston, Texas 77208-1129, and phone number is: (713) 567-9513 and whose facsimile number is: (713) 718-3302.

In addition to existing counsel of record, please send all future correspondence, notices, orders and other communications, pertaining to defendant's § 2555 motion to AUSA Joe Mirsky at the mailing address or facsimile number shown above.

Respectfully submitted,

TIM JOHNSON
UNITED STATES ATTORNEY

By: /s/ Joe Mirsky
JOE MIRSKY
Assistant United States Attorney
Attorney for Respondent
P.O. Box 61129
Houston, Texas 77208
State Bar No. 14202000
(713) 567-9513
Facsimile: (713) 718-3302

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above Notice Of Appearance Of Counsel was electronically filed with the United States District Clerk for the Southern District of Texas and sent by certified mail, return receipt requested, on the 23rd day of October, 2009, to the following:

Eric Vasquez
Federal Inmate Reg. No. 39435-179
FCI Fort Dix
Federal correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

/s/ Joe Mirsky
**JOE MIRSKY**
Assistant United States Attorney